UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NADINE CRAYTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:09-CV-173-LJM-TAB ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) ) |
| Defendant. | ) |

### **O R D E R**

This cause is before the Court on Defendant's Motion for Second Enlargement of Time.

The Court, being duly advised, now GRANTS Defendant's motion.

Accordingly, Defendant is granted an enlargement of time, until February 10, 2010, to serve his response to Plaintiff's brief.

IT IS SO ORDERED __01/13/2010__.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
tom.kieper@usdoj.gov

Nadine Crayton
731 Ketcham Street
Indianapolis, IN 46222